UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.: 18-cv-2823(DLI) (PK)

**NOTICE OF APPEARANCE**

Plaintiffs,

- against -

REFILL RX PHARMACY INC., ALEXANDER
SHARAFYAN, AMR EL SANDUBY, M.D., MANI
USHYAROV, D.O., AND JOHN DOE NOS. "1"
THROUGH "5",

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE** that Viktoriya Liberchuk, Esq. of Farrell Fritz, P.C., an attorney authorized to practice in this court, hereby appears in the above-entitled action for Defendant Amr El Sanduby, M.D., and hereby requests that she be notified of all filings by ECF.

Dated: Uniondale, New York
May 31, 2018

FARRELL FRITZ, P.C.

By: _s/ Viktoriya Liberchuk_
    Viktoriya Liberchuk
*Attorneys for Defendant Amr El Sanduby, M.D.*
400 RXR Plaza
Uniondale, New York 11556
(516) 227-0700
vliberchuk@farrellfritz.com

FF\7438034.1