UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------ x
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                      Plaintiffs,

- against -

REFILL RX PHARMACY INC., ALEXANDER
SHARAFYAN, AMR EL SANDUBY, M.D., MANI
USHYAROV, D.O., AND JOHN DOE NOS. "1"
THROUGH "5",
                      Defendants.
------------------------------------ x

Docket No.: 18-cv-2823(DLI) (PK)

**STIPULATION OF ADJOURNMENT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiffs and Defendant Amr El Sanduby, M.D., that the time for said Defendant to answer or otherwise respond to Plaintiffs' complaint in the above-entitled action is extended through and including July 6, 2018.

**IT IS FURTHER STIPULATED AND AGREED**, that said Defendant will not contest service of process or personal jurisdiction.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and facsimile or electronic signatures shall have the same force and effect as originals.

Dated: Uniondale, New York
       May 31, 2018

RIVKIN RADLER LLP

By: _____
Michael A. Sirignano
*Attorneys for Plaintiff*

926 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 357-3000

FARRELL FRITZ, P.C.

By: _____
Kevin P. Mulry
*Attorneys for Defendant
Amr El Sanduby, M.D.*

400 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 227-0700

FF\7439374.1