UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.: 16-CV-02823

                           Plaintiffs,

**CONSENT TO CHANGE ATTORNEY**

    -against-

REFILL RX PHARMACY INC., ALEXANDER
SHARAFYAN, AMR EL SANDUBY, M.D., MANI
USHYAROV, D.O., and JOHN DOE NOS. "1"
THROUGH "5",

                           Defendants.
-------------------------------------------------------------X

    **IT IS HEREBY CONSENTED** that The Russell Friedman Law Group, LLP be substituted as attorneys of record for Defendant, AMR EL SANDUBY, M.D., in place and instead of Farrell Fritz, P.C., the undersigned attorney(s), as of the date hereof. This consent may be signed in counterparts and facsimile signatures maybe deemed originals for all purposes herein.

Date: July 13, 2018

**FARRELL FRITZ, P.C.**
*Outgoing Attorneys for Defendant*
*Amr El Sanduby, M.D.*

By: _____
    Kevin P. Mulry
    1320 RXR Plaza
    Uniondale, New York 11556
    516.227.0620

**THE RUSSELL FRIEDMAN LAW GROUP, LLP**
*Incoming Attorneys for Defendant*
*Amr El Sanduby, M.D.*

By: _____
    Charles Horn
    3000 Marcus Avenue, Suite 2E03
    Lake Success, New York 11042
    516.355.9696

Date: July ___, 2018

_____
AMR EL SANDUBY, M.D.

    On this 16 day of July, 2018, before me the undersigned, a Notary Public in and for said State, personally appeared *AMR EL SANDUBY, M.D.* personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to be within the instrument and acknowledged to me that he executed the same in his capacity(ies), and that by his signature(s) on the instrument, the individual(s), or the person upon behalf of which the individuals acted, executed the instrument.

ERROL NOVELLO
Notary Public - State of New York
NO. 01NO6170374
Qualified in Kings County
My Commission Expires 07/09/2019

_____
Notary Public