UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                              Plaintiffs,

-against-

REFILL RX PHARMACY INC., ALEXANDER
SHARAFYAN, AMR EL SANDUBY, M.D., MANI
USHYAROV, D.O., and JOHN DOE NOS. "1"
THROUGH "5",

                              Defendants.
------------------------------------------------------------------X

Docket No.: 18-CV-02823

**CONSENT TO CHANGE ATTORNEY**

      **IT IS HEREBY CONSENTED** that The Russell Friedman Law Group, LLP be substituted as attorneys of record for Defendant, AMR EL SANDUBY, M.D., in place and instead of Farrell Fritz, P.C., the undersigned attorney(s), as of the date hereof. This consent may be signed in counterparts and facsimile signatures maybe deemed originals for all purposes herein.

Date: July 17, 2018

**FARRELL FRITZ, P.C.**
*Outgoing Attorneys for Defendant*
*Amr El Sanduby, M.D.*

By: _____
     Kevin P. Mulry
     1320 RXR Plaza
     Uniondale, New York 11556
     516.227.0620

**THE RUSSELL FRIEDMAN LAW GROUP, LLP**
*Incoming Attorneys for Defendant*
*Amr El Sanduby, M.D.*

By: _____
     Charles Horn
     3000 Marcus Avenue, Suite 2E03
     Lake Success, New York 11042
     516.355.9696

**RIVKIN RADLER, LLP**
*Attorneys for Plaintiffs*

By: _____
     Michael A. Sirignano
     926 RXR Plaza
     Uniondale, New York 11556
     516.357.3333

**GARY TSIRELMAN, P.C.**
*Attorneys for Defendants Refill Rx Pharmacy, Inc.*
*Alexander Sharafyan & Mani Ushyarov, D.O.*

By: _____
     Nicholas P. Bowers
     129 Livingston Street
     Brooklyn, New York 11201
     718.438.1200

1

DM/D213370/FL2687

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                            Plaintiffs,

      -against-

REFILL RX PHARMACY INC., ALEXANDER
SHARAFYAN, AMR EL SANDUBY, M.D., MANI
USHYAROV, D.O., and JOHN DOE NOS. "1"
THROUGH "5",

                            Defendants.
----------------------------------------------------------------X

Docket No.: 18-CV-02823

**CONSENT TO
CHANGE ATTORNEY**

     **IT IS HEREBY CONSENTED** that The Russell Friedman Law Group, LLP be substituted as attorneys of record for Defendant, AMR EL SANDUBY, M.D., in place and instead of Farrell Fritz, P.C., the undersigned attorney(s), as of the date hereof. This consent may be signed in counterparts and facsimile signatures maybe deemed originals for all purposes herein.

Date: July 17, 2018

**FARRELL FRITZ, P.C.**
*Outgoing Attorneys for Defendant
Amr El Sanduby, M.D.*

By: _____
   Kevin P. Mulry
   1320 RXR Plaza
   Uniondale, New York 11556
   516.227.0620

**THE RUSSELL FRIEDMAN LAW GROUP, LLP**
*Incoming Attorneys for Defendant
Amr El Sanduby, M.D.*

By: _____
   Charles Horn
   3000 Marcus Avenue, Suite 2E03
   Lake Success, New York 11042
   516.355.9696

**RIVKIN RADLER, LLP**
*Attorneys for Plaintiffs*

By: _____
   Michael A. Sirignano
   926 RXR Plaza
   Uniondale, New York 11556
   516.357.3333

**GARY TSIRELMAN, P.C.**
*Attorneys for Defendants Refill Rx Pharmacy, Inc.
Alexander Sharafyan & Mani Ushyarov, D.O.*

By: _____
   Nicholas P. Bowers
   129 Livingston Street
   Brooklyn, New York 11201
   718.438.1200

Date: July 18th, 2018

_____
AMR EL SANDUBY, M.D.

ERIOLA MBRICE
Notary Public – State of New York
NO. 01MB6335885
Qualified in Kings County
My Commission Expires Jan 19, 2020

 On this 18 day of July, 2018, before me the undersigned, a Notary Public in and for said State, personally appeared AMR EL SANDUBY, M.D. personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to be within the instrument and acknowledged to me that he executed the same in his capacity(ies), and that by his signature(s) on the instrument, the individual(s), or the person upon behalf of which the individuals acted, executed the instrument.

_____
Notary Public

ERIOLA MBRICE
Notary Public – State of New York
NO. 01MB6335885
Qualified in Kings County
My Commission Expires Jan 19, 2020